UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:	Case No. 18-33499
	Chapter 13
Roger A. Moore, Sr.,
LeeAnn M. Moore,
	***ORDER***
    Debtors.

This matter came before the court on a Motion to Confirm a Postconfirmation Modified Plan [Doc 95] (the "Motion") and the Modified Postconfirmation Chapter 13 Plan [Doc 94] (the "Modified Plan"). Appearances are noted on the record. As discussed during the hearing, the Modified Plan violates 11 U.S.C. § 1329(c). Accordingly, the court is unable to confirm this plan under 11 U.S.C. § 1325(a)(1). *See In re Nelson*, 646 B.R. 810 (Bankr. E.D. Wis. 2022); *In re Russell-Cassalery*, 664 B.R. 480, 482 (Bankr. D. Ore. 2024). Accordingly, and based on the record,

IT IS ORDERED:

The Motion is denied. The Modified Plan is not confirmed. The previously confirmed plan [Doc 72] remains the confirmed plan pursuant to the court's confirmation order of July 21, 2022 [Doc 74].

Dated: May 16, 2025

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge